IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA )
 )
   v. ) CR. NO. 2:22-MJ-154-JTA
 )
KALLISA MENDENHALL )

**MOTION FOR DETENTION**

  Pursuant to 18 U.S.C. § 3142(e) and (f), the United States of America moves for detention of the defendant.

1. Eligibility of Cases

  This case is eligible for a detention order because this case involves:

  ___X___ 10 + year crime of violence (18 U.S.C. § 3156)

  _____ 10 + year federal crime of terrorism (18 U.S.C. § 2332b(g)(5)(B))

  ___X___ Maximum sentence of life imprisonment or death

  _____ 10 + year drug offense

  _____ Felony, with at least two prior convictions in the above categories

  _____ Felony involving a minor victim

  ___X___ Felony involving possession or use of a firearm or other destructive device (as defined by 18 U.S.C. § 921) or any other dangerous weapon

  _____ Failure to register as a sex offender (18 U.S.C. § 2250)

  ___X___ Serious risk the defendant will flee

  ___X___ Serious risk of obstruction of justice

2. Reason for Detention

  The Court should detain defendant because there are no conditions of release which will

reasonably assure:

    __X__        Defendant's appearance as required.

    __X__        Safety of any other person and the community

3.    <u>Rebuttable Presumption</u>

The government will invoke the rebuttable presumption against defendant under Section

3142(e).

    _____        Previous conviction for "eligible" offense committed while on pretrial bond, and a period of five years has not elapsed from defendant's conviction or release from imprisonment for the offense described

    __X__        Probable cause to believe defendant committed 10 + year drug offense or probable cause to believe that defendant committed a crime in which a firearm was used or carried under Section 924(c)

    _____        Probable cause to believe defendant conspired to kill, kidnap, maim, or injure persons in a foreign country as prohibited under 18 U.S.C. § 956(a)

    _____        Probable cause to believe defendant committed act of terrorism transcending national boundaries (18 U.S.C. § 2332) or a 10 + year federal crime of terrorism as defined in 18 U.S.C. § 2332b(g)(5)(B)

    _____        Probable cause to believe defendant committed 10 + year offense involving a minor victim

4.    <u>Time for Detention Hearing</u>

The government requests the Court conduct the detention hearing:

    _____        At the initial appearance

    __X__        After continuance of  _3_  days

The government also requests leave of court to file a supplemental motion with additional

grounds or presumption for detention should this be necessary.

Respectfully submitted this 11th day of January 2023.


SANDRA J. STEWART

UNITED STATES ATTORNEY

/s/ Brandon W. Bates
BRANDON W. BATES
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104
Phone: (334) 223-7280
Fax: (334) 223-7135