IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.       ) | CASE NO. 2:23-CR-30-MHT-KFP |
| ) | |
| KALLISA ANN MENDENHALL ) | |

**ORDER**

Upon consideration of the Government's Oral Motion for Detention, a detention hearing is set for **January 18, 2023, at 2:00 p.m. in Courtroom 5A**. Pending this hearing, the defendant will be held in custody of the U. S. Marshal and produced for the hearing.

DONE this 13th day of January, 2023.

/s/ Kelly Fitzgerald Pate
KELLY FITZGERALD PATE
UNITED STATES MAGISTRATE JUDGE