IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
     v.                     )        2:23cr30-MHT
                            )            (WO)
KALLISA ANN MENDENHALL      )
```

ORDER

This case is before the court on defendant Kallisa Ann Mendenhall's pro se motion to reduce the amount of restitution.  Mendenhall was ordered to pay $ 5,000 in restitution, jointly and severally with her two codefendants.  She asserts that she is the only one of the three defendants paying the restitution and that it would be unfair for her to pay the entire amount herself. She asks the court to split the restitution in three parts, so that she would be responsible for paying only one third of the $ 5,000, or $ 1,666.67.

While the court agrees that it would be somewhat unfair for her to bear the entire restitution burden and for her codefendants to pay nothing, the court cannot

grant Mendenhall the relief she seeks. Restitution orders can be changed in only the limited circumstances set forth in 18 U.S.C. § 3664(o). None of those circumstances exist here. Most importantly, Mendenhall has not shown a material change in her economic circumstances since the time of sentencing. *See* 18 U.S.C. § 3664(k).

Accordingly, it is ORDERED that defendant Kallisa Ann Mendenhall's pro se motion to reduce the amount of restitution (Doc. 198) is denied.

DONE, this the 15th day of December, 2025.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE